AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America

*Plaintiff*

v.

$8,170.00 U.S. CURRENCY

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 18, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.  1:19-cv-03237-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Default Judgment and Final Order of Forfeiture (ECF No. 28) is GRANTED.

Default judgments are entered against the interests of Maliktica Austin, David Anthony, Devon Austin, Gerald Lewis, Anna Kohler, Cory Murphy, Phyllis Murphy, and PJ Murphy.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a motion for Default Judgment and Final Order of Forfeiture (ECF No. 28).

Date:  9/18/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams